# Dison Metals Corporation *v.* Joseph Rosenthal's Sons, Inc., Appellant.

Argued November 18, 1968. Before BELL, C. J., JONES, COHEN, EAGEN, O'BRIEN and ROBERTS, JJ.

*Nathan I. Miller,* with him *Hillel S. Levinson,* and *Miller, Pincus and Greenberg,* for appellant.

*William F. Sullivan, Jr.,* with him *Obermayer, Rebmann, Maxwell & Hippel,* for appellee.

OPINION PER CURIAM, January 15, 1969:
Decree affirmed. Costs on appellant.